NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29624
30-SEP-2010
08:27 AM

NO. 29624

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee, v.
KEHAULANI TERLEP, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 05-1-299K)


ORDER DENYING DEFENDANT-APPELLANT'S MOTION
FOR RECONSIDERATION OF SUMMARY DISPOSITION ORDER
(By:  Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of Defendant-Appellant Kehaulani Terlep's September 27, 2010, Motion for Reconsideration of the Intermediate Court of Appeals' Summary Disposition Order filed on September 21, 2010, the memorandum in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, September 30, 2010.

On the motion:

John L. Olson
for Defendant-
Appellant.

Chief Judge

Associate Judge

Associate Judge